No. 9720. BEN GROSS, RESPONDENT, v. L. A. PIKE, and AMERICAN CASUALTY COMPANY, APPELLANTS.

303 Pac. (2d) 413.

Decided Nov. 16, 1956.

632

*Smith, Boone & Rimel,* Missoula, for appellant.

*Leif Erickson,* Helena, for respondent.

Per Curiam.

A stipulation having been filed by the parties to the above action that the above entitled cause be dismissed with prejudice as having been fully settled and compromised on the merits,

It is ordered that the above entitled cause be and the same is hereby dismissed with prejudice.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS, and BOTTOMLY, concur.